# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. HENDAL,** | : | **CIVIL ACTION NO. 1:07-CV-2134** |
| **Plaintiff** | ; | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **CRAIG CHALAMERS**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 27th day of February, 2008, upon consideration of defendants' motion (Doc. 11) for leave to depose a prisoner pursuant to rule 30(a), Federal Rules of Civil Procedure, and plaintiff's response, if any thereto, it is hereby ORDERED, that said motion is granted. Defendants may take the deposition of Michael Hendal at a time and place subject to the approval of the superintendent, warden or other appropriate official at his present place of incarceration.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge